UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:09-cv-1460- SEB-DML |
| vs. ) | |
| ) | |
| REAL PROPERTY IN HAMILTON COUNTY,) | |
| INDIANA, AT 14353 EAST 113TH STREET, ) | |
| FORTVILLE, et. al, ) | |
| ) | |
| Defendants. ) | |

## ORDER DENYING PENDING MOTIONS
(Docket Nos. 9 & 11)

This action was voluntarily dismissed by the Government and the case closed on December 7, 2009. Ten days later, on December 17, 2009, Ohio attorney, Karen C. Lefton, filed a Motion for Pro Hac Vice Admission and a Motion to Unseal Search Warrant Documents. Both motions are hereby DENIED.

The Motion for Pro Hac Vice Admission is denied because it does not identify the party or parties on whose behalf Ms. Lefton seeks to appear as an attorney before this court. Even if the court were to attempt to surmise the identity of her clients from the statements and arguments asserted in her accompanying Motion to Unseal Search Warrant Documents, we would not do so. A court should not be left to guess, infer, glean, or piece together such information. Without expressly identifying the name or names of the party or parties she represents, Ms. Lefton's Motion for Pro Hac Vice Admission is deficient on its face. In any event, the case having been previously dismissed, there is no pending controversy in which Ms. Lefton might otherwise appear.

The Motion to Unseal Search Warrant Documents is also denied. The docket of this civil litigation discloses that no search warrants were ever issued in this cause. The court reminds Ms Lefton that search warrants are typically generated in criminal, not civil, cases. In any event, because the entire docket in this cause is public and available through PACER, Ms. Lefton could have determined without the necessity of the filing of this motion that there are no sealed filings or docket entries in this case.

Based on the denial of Ms. Lefton's Motion for Admission Pro Hac Vice, the Clerk is directed to refund to Ms. Lefton the $30.00 pro hac fee paid by her.

IT IS SO ORDERED.

Date: 01/05/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Karen C. Lefton
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE
winfield.ong@usdoj.gov

Richard Krall
Financial Manager